UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUBEN ODELL BOULWARE, | ) | NO. CV 10-7444-R(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| TERRI GONZALES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 17, 2011.

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE